CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@PotterHandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love** | Case No.: 5:15-cv-01900-PA-KK |
| Plaintiff, | |
| **v.** | **PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS** |
| **Nejat Mirharooni; Shahnaz Mirharooni; Jung Lee;** and Does 1-10 | |
| Defendants. | **MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED ORDER; DECLARATIONS AND EXHIBITS ATTACHED** |

Plaintiff Samuel Love, through his attorneys of record, hereby applies for an order directing that service of the summons in this action on Defendants Nejat Mirharooni and Shahnaz Mirharooni, be effected by publication of the summons in Los Angeles Daily Journal, a newspaper of general circulation that is most likely to give notice to Defendants because it circulates in the area of Defendants last known address. This application is made on the grounds that plaintiff has stated a cause of action against this defendants, as shown by the complaint on file, and Defendants Nejat Mirharooni and Shahnaz Mirharooni, cannot with reasonable diligence be

-1-

Application to Serve by Publication                5:15-cv-01900-PA-KK
Memorandum of Points and Authorities

found and served in any other manner specified in Code of Civil Procedure sections 415.10 through 415.30.

This application is based upon Code of Civil Proc., Section 415.50, the attached memorandum of points and authorities, the declarations filed concurrently with this application, the attached exhibits and all other papers filed with the Court.

Dated: January 13, 2016                                        CENTER FOR DISABILITY ACCESS

By:___/s/ Mark Potter_____

Mark Potter

Attorney for Plaintiff

-2-

Application to Serve by Publication                                        5:15-cv-01900-PA-KK
Memorandum of Points and Authorities