CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@PotterHandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**<br><br>　　　　Plaintiff,<br><br>　　**v.**<br><br>**Nejat Mirharooni; Shahnaz Mirharooni; Jung Lee;** and Does 1-10<br><br>　　　　Defendants. | Case No.: 5:15-cv-01900-PA-KK<br><br>**DECLARATION OF MARK POTTER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS** |

**DECLARATION OF MARK POTTER**

(1) I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney of record for Samuel Love and, in that capacity; I am familiar with this matter. Based upon my own knowledge and experience, I can competently attest to the following facts.

(2) Plaintiff Counsel searched business and property records using the TransUnion/ TLO XP (TLO) search engine's a California Ultimate Weapon Database, which is one of the

-1-

Declaration of Mark Potter　　　　　　　　　　　　　　5:15-cv-01900-PA-KK

strongest research tools used nationwide by law enforcement, attorneys, courts, governmental agencies and private detectives. This investigative tool  searches dozens of items including, but not limited to, county property records, voting lists, utilities, Uniform Commercial Code filings, Secretary of State entity files, employer records,  professional affiliation records, hunting permits, driver's licenses, lists of possible relatives and probable associates. In addition, a search was made for property ownership on through Lawyer's Title, one of the largest property database search engines available for use by professionals.

(3) Counsel's search revealed that Defendants Nejat Mirharooni and Shahnaz Mirharooni had two listed possible current mailing addresses –11810 KEARSARGE ST, LOS ANGELES, CA 90049-4227 and 11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227.

(4) Counsel hired Armada Prime, LLC at PO Box 262082 San Diego, CA 92196-2490, to serve Defendants with process.

(5) Attached as Exhibit I is a true and correct copy of the status update from Armada Prime, LLC process servers in regards to attempted service at 11810 KEARSARGE ST, LOS ANGELES, CA 90049-4227 and 11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227.

(6) Counsel sent a notice of acknowledgement and receipt to Defendant Nejat Mirharooni at 11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227 and Defendant Shahnaaz Mirharooni at 11810 KEARSARGE ST, LOS ANGELES, CA 90049-4227 on 18th November 2015.

(7) Attached as Exhibit II are true and correct copies of the notices of acknowledgement and receipt sent to Defendants on Nov 18, 2015.

(8) To date, Defendants neither have signed nor returned the notice

(9) Counsel's further search revealed that there is no change in the defendant current mailing address which continues to be -11810 KEARSARGE ST, LOS ANGELES, CA 90049-4227 and 11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227. In addition, counsel did an exhaustive records search regarding addresses listed as having been used by Defendants Nejat Mirharooni and Shahnaz Mirharooni. These searches found that he no longer has any relationship to those dated addresses.

Declaration of Mark Potter                                    5:15-cv-01900-PA-KK

(10) Counsel hired E- serve at 624 Broadway, Suite 303, San Diego, CA 92101 to serve Defendants with process.

(11) Attached as Exhibit III is a true and correct copy of the status update from E-serve process servers in regards to attempted service at 11810 KEARSARGE ST, LOS ANGELES, CA 90049-4227, and 11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227.

(12) Defendant's whereabouts are unknown and counsel has been unable to locate any additional addresses for the Defendants.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: January 13, 2016                    CENTER FOR DISABILITY ACCESS


By:___/s/ Mark Potter_____

Mark Potter

Attorney for Plaintiff

-3-

Declaration of Mark Potter                    5:15-cv-01900-PA-KK