CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@PotterHandy.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love** | Case No.: 5:15-cv-01900-PA-KK |
| Plaintiff,<br>**v.**<br>**Nejat Mirharooni; Shahnaz Mirharooni; Jung Lee;** and Does 1-10<br>Defendants. | **PROPOSED ORDER** |

Having read Plaintiff's Application for Publication of Summons and the supporting documentation filed therewith, and finding good cause therefore,

**IT IS ORDERED** that the service of the summons in this action is made by publication of summons pursuant to Code of Civil Procedure, section 415.50, upon Defendants Nejat Mirharooni and Shahnaz Mirharooni in Los Angeles Daily Journal, a newspaper of general circulation published at 915 E First Street, Los Angeles, CA 90012 and that said publication be made at least once a week for four successive weeks.

-1-

Proposed Order Granting Plaintiff's Application                    5:15-cv-01900-PA-KK
To Publish Summons

**IT IS FURTHER ORDERED** that a copy of the said summons and of said complaint in this action be deposited in the United States Post Office, postage prepaid, directed to said defendants, if their address is ascertained before expiration of the time prescribed for the publication of this summons.

Date: _____                              _____

                                          **United States District Court Judge**

-2-

Proposed Order Granting Plaintiff's Application          5:15-cv-01900-PA-KK
To Publish Summons