# EXHIBIT- 1

**AFFIDAVIT OF NON-SERVICE**

| Case:<br>5:15-cv-01900-PA-KK | Court:<br>central | County: | Job:<br>659126 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Love | | **Defendant / Respondent:**<br>Mirharooni et. al. | |
| **Received by:**<br>Armada Prime | | **For:**<br>Center For Disability Access | |
| **To be served upon:**<br>NEJAT MIRHAROONI | | | |

I, Rich Atkinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   NEJAT MIRHAROONI, 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227

**Manner of Service:**          Unsuccessful Attempt

**Documents:**                  Summons(conf)Love v. Mirharooni (Service Package).pdf

**Additional Comments:**
1) Unsuccessful Attempt: Sep 30, 2015, 5:50 pm PDT at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
No one answered the door, house looks vacant.

2) Unsuccessful Attempt: Oct 8, 2015, 3:15 pm PDT at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
No one answered the door.

3) Unsuccessful Attempt: Oct 15, 2015, 8:20 pm PDT at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
I spoke to SHAHNAZ MIRHAROONI throught the intercom. She said Nejat was not home but would not come out of the house to the access gate.

4) Unsuccessful Attempt: Nov 8, 2015, 9:30 am PST at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
No one answered the door at both addresses.

Rich Atkinson                              **Date**
License #: 2630

Armada Prime
PO Box 262082
San Diego, CA 92196
(949)370-5102

## AFFIDAVIT OF NON-SERVICE

| Case: 5:15-cv-01900-PA-KK | Court: central | County: | Job: 659127 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Love | | **Defendant / Respondent:** Mirharooni et. al. | |
| **Received by:** Armada Prime | | **For:** Center For Disability Access | |
| **To be served upon:** SHAHNAZ MIRHAROONI | | | |

I, Rich Atkinson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   SHAHNAZ MIRHAROONI, 11812 KEARSARGE ST, LOS ANGELES, , CA 90049-4227

**Manner of Service:**   Unsuccessful Attempt

**Documents:**   Summons(conf)Love v. Mirharooni (Service Package).pdf

**Additional Comments:**
1) Unsuccessful Attempt: Sep 30, 2015, 5:50 pm PDT at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
No one answered the door, house looks vacant.

2) Unsuccessful Attempt: Oct 8, 2015, 3:15 pm PDT at 11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
No one answered the door.

3) Unsuccessful Attempt: Oct 15, 2015, 8:25 pm PDT at 11812 KEARSARGE ST, LOS ANGELES, , CA 90049-4227
SHAHNAZ MIRHAROONI answered the intercom but refused to open the access gate or come out to meet me.

Rich Atkinson                                    **Date**
License #: 2630

Armada Prime
PO Box 262082
San Diego, CA 92196
(949)370-5102