# EXHIBIT- 2

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
P.O. Box 262490, San Diego, CA 92196-2490
TEL NO.:(858) 375-7385; FAX NO.:(888) 422-5191
E–MAIL ADDRESS: general@potterhandy.com
ATTORNEY FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## __CENTRAL__ DISTRICT OF CALIFORNIA

| Love | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:15-cv-01900-PA-KK |
| v. | |
| Mirharooni, et al. | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT** (For use with State Service only) |
| DEFENDANT(S). | |

**To**: Nejat Mirharooni

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity.  If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on __11/18/2015__.

_____
*Signature of Sender*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

11810 KEARSARGE ST, LOS ANGELES, , CA 90049-4227          on _____
*Address*                                                                                          *Date*

*Signature*
Nejat Mirharooni (Defendant)
*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)          **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

Case Name: Love v. Mirharooni  _____

Case Number: _____ 5:15-cv-01900-PA-KK _____

## DOCUMENTS SERVED

☑ SUMMONS & PROOF OF SERVICE

☑ COMPLAINT & CIVIL COVER SHEET

☐ INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

☐ VERIFICATION

☐ CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

☑ NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM

☑ CERTIFICATION AND NOTICE OF INTERESTED PARTIES

☑ NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

☐ NOTICE TO COUNSEL

☐ ATTENTION: NEW CVIL ACTIONS

☐ DEMAND FOR JURY TRIAL

☑ NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

☐ ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE

☐ NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

☐ NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION

☐ STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)

☐ ORDER REQUIRING JOINT STATUS REPORT

☐ ORDER RE FILING REQUIREMENTS

☐ ORDER SETTING MANDATORY SCHEDULING CONFERENCE

☐ STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES

☐ SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT

☐ CIVIL MINUTES – GENERAL

☐ SETTLEMENT CONFERENCE PROCEDURES

☐ STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA

☐ CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE

☐ ECF REGISTRATION INFORMATION HANDOUT

☐ ORDER SETTING CASE MANAGEMENT CONFERENCE

☐ NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE

☐ VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS

☐ STIPULATION - EARLY ORGANISATIONAL MEETING

☐ STIPULATION – DISCOVERY RESOLUTION

☐ INFORMAL DISCOVERY CONFERENCE

☐ STIPULATION AND ORDER – MOTIONS IN LIMINE

☑ ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS [PER CALIFORNIA CIVIL CODE 55.3(B)(1)(A)]

☑ ADVISORY NOTICE TO DEFENDANT [PER CALIFORNIA CIVIL CODE 55.54(A)(1)]

☑ NOTICE OF STAY & EARLY EVALUATION CONFERENCE

☑ DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54

☑ OTHER

1. NOTICE TO PARTIES:
ADA DISABILITY ACCESS LITIGATION
2. ADA DISABILITY ACCESS LITIGATION
APPLICATION FOR STAY AND EARLY MEDIATION
3.ADA DISABILITY ACCESS LITIGATION
ORDER STAYING ACTION AND REQUIRING
EARLY MEDIATION
4. STANDING ORDER

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
P.O. Box 262490, San Diego, CA 92196-2490
TEL NO.:(858) 375-7385; FAX NO.:(888) 422-5191
E–MAIL ADDRESS: general@potterhandy.com
ATTORNEY FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## ___CENTRAL___ DISTRICT OF CALIFORNIA

| | |
|---|---|
| Love<br><br>PLAINTIFF(S)<br><br>v.<br><br>Mirharooni, et al.<br><br>DEFENDANT(S). | **CASE NUMBER**<br>5:15-cv-01900-PA-KK<br><br>**NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**<br>(For use with State Service only) |

**To**: SHAHNAZ MIRHAROONI

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on ___11/18/2015___.

_____
*Signature of Sender*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

11812 KEARSARGE ST, LOS ANGELES, CA 90049-4227 _____ on _____
*Address*                                                                                        *Date*

_____
*Signature*
Shahnaz Mirharooni (Defendant)
*Relationship to Entity/Authority to Receive Service of Process*

CV-21 (02/04)         **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**

Case Name: Love v. Mirharooni _____

Case Number: _____ 5:15-cv-01900-PA-KK _____

## DOCUMENTS SERVED

- [✓] SUMMONS & PROOF OF SERVICE
- [✓] COMPLAINT & CIVIL COVER SHEET
- [ ] INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
- [ ] VERIFICATION
- [ ] CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
- [✓] NOTICE TO PARTIES OF COURT – DIRECTED ADR PROGRAM
- [✓] CERTIFICATION AND NOTICE OF INTERESTED PARTIES
- [✓] NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
- [ ] NOTICE TO COUNSEL
- [ ] ATTENTION: NEW CVIL ACTIONS
- [ ] DEMAND FOR JURY TRIAL
- [✓] NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)
- [ ] ORDER RE STATUS (PRE TRIAL SCHEDULING) CONFERENCE
- [ ] NOTICE OF AVAILABILITY OF A MAJISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS
- [ ] NOTICE OF AVAILABILITY-VOLUNTARY DISPUTE RESOLUTION
- [ ] STIPULATION TO ELECT REFFERAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP)
- [ ] ORDER REQUIRING JOINT STATUS REPORT
- [ ] ORDER RE FILING REQUIREMENTS
- [ ] ORDER SETTING MANDATORY SCHEDULING CONFERENCE
- [ ] STANDING ORDER REGARDING CASE MANAGEMENT IN ALL CIVIL CASES
- [ ] SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT
- [ ] CIVIL MINUTES – GENERAL
- [ ] SETTLEMENT CONFERENCE PROCEDURES
- [ ] STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALFORNIA
- [ ] CONSENT TO PROCEED BEFORE A UNITED STATE MAJISTRATE JUDGE

- [ ] ECF REGISTRATION INFORMATION HANDOUT
- [ ] ORDER SETTING CASE MANAGEMENT CONFERENCE
- [ ] NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE
- [ ] VOLUNTARY EFFICIENT LITIGATIONS STIPULATIONS
- [ ] STIPULATION - EARLY ORGANISATIONAL MEETING
- [ ] STIPULATION – DISCOVERY RESOLUTION
- [ ] INFORMAL DISCOVERY CONFERENCE
- [ ] STIPULATION AND ORDER – MOTIONS IN LIMINE
- [✓] ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS [PER CALIFORNIA CIVIL CODE 55.3(B)(1)(A)]
- [✓] ADVISORY NOTICE TO DEFENDANT [PER CALIFORNIA CIVIL CODE 55.54(A)(1)]
- [✓] NOTICE OF STAY & EARLY EVALUATION CONFERENCE
- [✓] DEFENDANT'S APPLICATION FOR STAY & EARLY EVALUATION CONFERENCE PER CIVIL CODE 55.54
- [✓] OTHER

1. NOTICE TO PARTIES:
ADA DISABILITY ACCESS LITIGATION
2. ADA DISABILITY ACCESS LITIGATION
APPLICATION FOR STAY AND EARLY MEDIATION
3.ADA DISABILITY ACCESS LITIGATION
ORDER STAYING ACTION AND REQUIRING
EARLY MEDIATION
4. STANDING ORDER