# EXHIBIT- 3

**iServe**
524 Broadway, Ste 303
San Diego, CA 92101
Ph: 619-866-4315
Fax: 619-374-1674

*13978*

SECURITY
ATTORNEY SERVICE
12813 Gladstone
Avenue
Sylmar CA 91342
Ph: (818) 365-4187 -
Fax: (818) 365-2753

| | |
|---|---|
| Court: | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| CaseNo: | 5:15-CV-01900-PA(KKx) |
| Plf: | LOVE ET. AL., |
| Def: | MIRHAROONI ET. AL., |
| Documents: | Summons; Complaint; Alternative Dispute Resolution (ADR) Package; Civil Case Cover Sheet; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO US JUDGES; NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM; STANDING ORDER; NOTICE OF STAY OF PROCEEDINGS AND EVC |

RECEIVED

Received: 12/25/2015

DEC 28 2015

JOB#:13978
Serve Only

**Deadline: 01/08/2016**
Service of Process - Routine

SECURITY ATTY.
SERVICE LLC

Email 12/29

Recipient: NEJAT MIRHAROONI

1. 11810 KEARSARGE STREET Los Angeles, CA 90049-4227

SPECIAL INSTRUCTIONS: **CAN BE SUB-SERVED ON THE 3RD ATTEMPT.**

RUSH

Date of Service: _____   Time of Service: _____

Relationship/Title: _____

Person Served: _____

Sex:_____ Skin Color:_____ Hair Color:_____ Age:_____ Height:_____ Weight:_____

Additional Features/Comments:_____

R150Tel62 2014283953

ATTEMPTS

Date/Time                Notes

12-29 8:10 pm Tan house gated voicemail
picked up call - from gate over intercom.
message says "out of town"
10:30 6:31 am N/A C intercom no vehicles present
See JOB 13979

Client Information:
(ONLY BILL UNDER POTTER HANDY) CENTER FOR
DISABILITY ACCESS
9845 ERMA ROAD, SUITE 300
SAN DIEGO CA 92131
Ph: 858-375-7385
Fax: 888-422-5191
Requestor: NONE
ClienRef#:

Recipient

X_____

☐ Deponent confirmed with the above recipient/individual/defendant that said defendant is not currently active in the military service of the United States Government or in the State of New York

☐ The second box, Deponent served the RPAPL Section 1303 Notice upon said defendant

EServe
624 Broadway, Ste 303
San Diego, CA 92101
Ph: 619-866-4315
Fax: 619-374-1674

*13979*

Server Information
SECURITY ATTORNEY SERVICE
12813 Gladstone Avenue
Sylmar CA 91342
Ph: (818) 365-4187 -
Fax: (818) 365-2753

Court:      UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
CaseNo:   5:15-CV-01900-PA(KKx)
Plf:         LOVE ET. AL.,
Def:        MIRHAROONI ET. AL.,
Documents: Summons; Complaint; Alternative Dispute Resolution (ADR) Package; Civil Case Cover Sheet; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO US JUDGES; NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM; STANDING ORDER; NOTICE OF STAY OF PROCEEDINGS AND EVC

Received: 12/25/2015

RECEIVED
DEC 28 2015
SECURITY ATTY.
SERVICE LLC

**Deadline: 01/08/2016**
**Service of Process - Routine**

**JOB#:13979**
**Serve Only**

Recipient: SHAHNAZ MIRHAROONI

1. 11810 KEARSARGE STREET Los Angeles, CA 90049-4227

SPECIAL INSTRUCTIONS; CAN BE SUB-SERVED ON THE 3RD ATTEMPT.

Date of Service: _____          Time of Service: _____

Person Served: _____          Relationship/Title: _____

Sex:_____ Skin Color:_____ Hair Color:_____ Age:_____ Height:_____ Weight:_____

Additional Features/Comments:_____

<u>ATTEMPTS</u>

Rigo Tellez

Date/Time          Notes

12-29 810 pm - TAN House gated - Voice mail picked up call - from gate - over intercom message says "out of town."

12-30 631 AM n/a @ intercom - no vehicles present
12-31-15 311 pm "                                1-2-16 804pm n/a
1-1-16 904 AM "                                  1-3-16 650 AM n/a
                                                 1-4-16 [illegible] 502 pm n/a

Client Information:
(ONLY BILL UNDER POTTER HANDY) CENTER FOR DISABILITY ACCESS
9845 ERMA ROAD, SUITE 300
SAN DIEGO CA 92131
Ph: 858-375-7385
Fax: 888-422-5191
Requestor:NONE
ClienRef#:

Recipient

X_____

1-5-16 1245pm - pts male voice over intercom contact lawyer 310-500-5544 - Michael

☐ Deponent confirmed with the above recipient/individual/defendant that said defendant is not currently active in the military service of the United States Government or in the State of New York

Do not bother my client have attorney call me

☐ The second box, Deponent served the RPAPL Section 1303 Notice upon said defendant