## **PROOF OF SERVICE**

**Love v. Mirharooni**
**5:15-CV-01900-PA-KK**

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On January 13, 2016 I served the following document(s):

**PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS; MEMORANDUM OF POINTS AND AU-THORITIES ; DECLARATION OF MARK POTTER  IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER FOR PUBLICATION OF SUMMONS; PROPOSED ORDER; Exhibits 1-3**

ADDRESSED TO:
No one has yet to appear

☐      BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐      BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐      BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐      BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑      BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on January 13, 2016, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Sakshi Srivastav

PROOF OF SERVICE