# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-1900 PA (KKx) | Date | May 5, 2016 |
|---|---|---|---|
| Title | Samuel Love v. Nejat Mirharooni, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS**

    On March 13, 2016, the plaintiff filed a request for entry of default by clerk against defendant Tan Oh. Default by clerk was entered on March 17, 2016. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before June 6, 2016. Failure to file said dispositive motion by June 6, 2016, will result in dismissal without further notice by the Court.

|  | : |  |
|---|---|---|
| | Initials of Preparer | KSS |