CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
     San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
     San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | Case 5:15-CV-01900-PA-KK |
| Plaintiff, | **Plaintiff's Application for Default Judgment by Court Against Tan Oh** |
| v. | |
| **Nejat Mirharooni; Shahnaz Mirharooni; Tan Oh**; and Does 1-10, | Date:     July 11, 2016<br>Time:     1:30 p.m.<br>Ctrm:     15 |
| Defendants. | |

To Defendant Tan Oh and the attorneys of record, if any: Please take notice that on July 11, 2016, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 312 North Spring Street, Los Angeles, California. Plaintiff Samuel Love will present his application for default judgment against defendant Tan Oh. The Clerk has previously entered the default on defendant Tan Oh, on March 17, 2016.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Tan Oh is not a minor or incompetent person or in military

1

service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendant Tan Oh, has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages and $4,510.00 in attorney fees and costs as set forth in the attached declaration of Mark Potter and an Order directing the defendant to: provide compliant van accessible parking, sufficient number of accessible parking spaces, accessible transaction counter and accessible path of travel in and throughout merchandize aisle at the property located at or about 1120 E. Highland Avenue, San Bernardino, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Tan Oh on March 16, 2016, by first class United States Mail, postage prepaid.

Dated: May 30, 2016                    CENTER FOR DISABILITY ACCESS


                                       By: /s/ Mark Potter
                                       Mark Potter, Esq.
                                       Attorneys for Plaintiff

2

Plaintiff's Application for Default Judgment          Case: 5:15-CV-01900-PA-KK