UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**,<br><br>          Plaintiff,<br><br>     v.<br><br>**Nejat Mirharooni;**<br>**Shahnaz Mirharooni;**<br>**Tan Oh**; and Does 1-10,<br><br>          Defendants. | Case 5:15-CV-01900-PA-KK<br><br>Proposed Judgment Re: Default Judgment |

Proposed JUDGMENT                    Case: 5:15-CV-01900-PA-KK

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Samuel Love shall have JUDGMENT in his favor in the amount of $8,510.00 against defendant Tan Oh.

Additionally, defendant Tan Oh is ordered to provide compliant van accessible parking, sufficient number of accessible parking spaces, accessible transaction counter and accessible path of travel in and throughout merchandize aisle at the property located at or about 1120 E. Highland Avenue, San Bernardino, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____     By:_____
United States District Judge

*Presented by*:
Mark Potter, Esq.
858-375-7385
mark@potterhandy.com
Attorney for Plaintiff

Proposed JUDGMENT                          Case: 5:15-CV-01900-PA-KK